UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mac Soule,

                Plaintiff,        Case No. 14-cv-10564
                                    Hon. Judith E. Levy
v.                                  Mag. Judge R. Steven Whalen

Jacob Law Group, PLLC,

                Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Mac Soule filed the complaint in this matter on February 7, 2014. (Dkt. 1.) On October 23, 2014, his counsel moved to withdraw, citing a breakdown in communication. (Dkt. 14.) Specifically, counsel indicated that Soule had "failed to respond to counsel's numerous attempts to get in touch with him regarding this matter." (*Id*. at 3.) The Court granted counsel's motion by order of October 29, 2014. (Dkt. 15.)

In anticipation of the March 3, 2015 final pretrial conference in this matter, the Court attempted to reach Soule by phone on January 7, January 27, and February 3, 2015, in order to determine whether Soule

would continue *pro se* and to remind him of the impending pretrial and trial dates. Soule did not respond to any of the Court's telephone calls.

On February 3, 2015, the Court entered an order requiring Soule to show cause in writing why this case should not be dismissed for failure to prosecute. (Dkt. 16.) Soule was served by mail and was required to respond to the order by February 17, 2015. Soule has not responded to the order.

Accordingly, this case is DISMISSED with prejudice for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b) and E.D. Mich. L.R. 41.2.

IT IS SO ORDERED.

Dated: February 18, 2015    s/Judith E. Levy
Ann Arbor, Michigan         JUDITH E. LEVY
                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 18, 2015.

s/Felicia M. Moses
FELICIA M. MOSES
Case Manager